Noah A. Brumfield (SBN 203653)
ALLEN OVERY SHEARMAN STERLING US LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: (650) 838-3600
Email: noah.brumfield@aoshearman.com

*Counsel for Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, and Frank D. Yeary, and Nominal Defendant PayPal Holdings, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ALBERTO GONCALVES, derivatively on behalf of PAYPAL HOLDINGS, INC.,

Plaintiff,

v.

JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, DIEGO SCOTTI, JOY CHIK, JONATHAN CHRISTODORO, CARMINE DI SIBIO, DAVID W. DORMAN, ENRIQUE LORES, GAIL J. MCGOVERN, DEBORAH M. MESSEMER, DAVID M. MOFFETT, ANN M. SARNOFF, and FRANK D. YEARY,

Defendants,

and

PAYPAL HOLDINGS, INC.

Nominal Defendant.

Case No.: 3:26-cv-02145-JSC

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF PROCEEDINGS AND TOLLING OF PENDING DEADLINES**

The Hon. Jacqueline Scott Corley

WHEREAS, on March 11, 2025, Plaintiff Alberto Goncalves ("Plaintiff") filed in the above-captioned action (the "Derivative Action") a "Verified Shareholder Derivative Complaint" (the "Complaint") purportedly on behalf of nominal defendant PayPal Holdings, Inc. ("PayPal" or the "Company"), in which Plaintiff asserts claims for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and violations of Sections 14(a), 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, and Frank D. Yeary, (collectively, the "Individual Defendants," and together with PayPal, the "Defendants");

WHEREAS, the Derivative Action asserts factual allegations and claims related to the factual allegations and claims asserted in a securities class action lawsuit pending in the United States District Court for the Northern District of California captioned *In re PayPal Branded Checkout Securities Litigation*, No. 3:26-cv-01589-JSC (N.D. Cal.) (Corley, J.) (the "Securities Class Action");

WHEREAS, on April 15, 2026, this Derivative Action was deemed related to the Securities Class Action, and was reassigned to this Court (Corley, J.) (ECF Nos. 12-13);

WHEREAS, on June 15, 2026, this Court granted Plaintiff's Administrative Motion for Continuance of Case Management Conference (ECF No. 20 (the "Continuance Order");

WHEREAS, the Continuance Order reset the Initial Case Management Conference to July 24, 2026, and reset the deadline for the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan pursuant to Fed. R. Civ. P. 26(f), and to make initial disclosures to July 9, 2026;

WHEREAS, on June 15, 2026, the Clerk reset the Initial Case Management Conference to July 29, 2026 (ECF No. 22);

WHEREAS, the Parties understand that the parties in each of the four related derivative actions (the "Related Derivative Actions") intend to file concurrently with this Stipulation a joint stipulation to consolidate the Related Derivative Actions ("Consolidation Stipulation");

WHEREAS, the Parties understand that the Consolidation Stipulation provides that the parties to the consolidated derivative action intend to file a proposed schedule or stipulated stay within 14 days of any order granting the appointment of lead counsel in the consolidated Derivative Action;

WHEREAS, the Parties agree that this Derivative Action should be stayed until such time as the Court addresses the parties' joint proposed schedule or stay referenced in the Consolidation Stipulation;

WHEREAS, the Parties have agreed to continue all proceedings and toll all deadlines in this Derivative Action, including those deadlines set by the Continuance Order;

WHEREAS, the Parties understand and agree that, by entering into this Stipulation, the Parties reserve all of their respective rights, claims, and defenses in this Derivative Action, and no part of this Stipulation shall be construed as a waiver of any available rights, claims or defenses;

WHEREAS, the Parties, by and through their counsel, have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation, subject to the Court's approval;

NOW THEREFORE, the Parties in this Derivative Action have agreed to, and respectfully submit for approval by the Court, (a) continuance of the Initial Case Management Conference currently scheduled for July 29, 2026 (ECF No. 22), (b) a continuance of all any and all other proceedings, and (c) a tolling of all deadlines in this Derivative Action, including those deadlines set by the Continuance Order, until such time as the Court addresses the joint proposed schedule or stay stipulation referenced in the Consolidation Stipulation filed concurrently herewith.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATE: July 9, 2026

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Noah A. Brumfield*

Noah A. Brumfield (SBN 203653)
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: (650) 838-3600
Email: noah.brumfield@aoshearman.com

Adam S. Hakki (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 848-4000
adam.hakki@aoshearman.com

Lyle Roberts (*pro hac vice* forthcoming)
George Anhang (*pro hac vice* forthcoming)
1101 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 508-8108
lyle.roberts@aoshearman.com
george.anhang@aoshearman.com

*Counsel for Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, and Frank D. Yeary, and Nominal Defendant PayPal Holdings, Inc.*

DATE: July 9, 2026

By: */s/ Robert C. Moest*

**THE BROWN LAW FIRM P.C.**
Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
RMoest@gmail.com

Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
Facsimile: (516) 3344-6204
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Alberto Goncalves*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____________ __, 2026

_______________________________________
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), I, Noah A. Brumfield, attest that at my direction, my firm obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: July 9, 2026

/s/ *Noah A. Brumfield*
Noah A. Brumfield

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2026, a true and correct copy of the foregoing was electronically filed through the Court's CM/ECF system, which will send a notice of electronic filing to the parties registered to the Court's CM/ECF System.

/s/ *Noah A. Brumfield*
Noah A. Brumfield