Noah A. Brumfield (SBN 203653)
ALLEN OVERY SHEARMAN STERLING US LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: (650) 838-3600
Email: noah.brumfield@aoshearman.com

*Counsel for Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, Frank D. Yeary, Deirdre Stanley, and Rodney Adkins, and Nominal Defendant PayPal Holdings, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PAYPAL HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:26-cv-02145-JSC<br><br>(Consolidated with Case Nos. 3:26-cv-04132; 5:26-cv-04330; 3:26-cv-04650)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DERIVATIVE ACTION**<br><br>The Hon. Jacqueline Scott Corley |

Pursuant to Local Rule 7-12, Plaintiffs Monica Stan, Alberto Goncalves, LR Trust, and Gerald Joseph Lovoi (collectively, the "Plaintiffs")), purportedly on behalf of PayPal Holdings, Inc. ("PayPal" or the "Company"); Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, Frank D. Yeary, Deirdre Stanley, and Rodney Adkins ("Individual Defendants"); and Nominal Defendant PayPal (together with Individual Defendants, "Defendants," and with the Plaintiffs the "Parties"), by and through their respective undersigned counsel of record, have met and conferred and respectfully submit this joint stipulation and proposed order to stay this consolidated derivative action (the "Consolidated Derivative Action"):

WHEREAS, in this Consolidated Derivative Action, into which Cases Nos. 3:26-cv-04132-JSC, 3:26-cv-04330-JSC, and 3:26-cv-04650-JSC have been consolidated (collectively, the "Related Derivative Actions") (Dkt. No. 27), Plaintiffs bring claims on behalf of PayPal against PayPal's officers and directors for, among other things, alleged violations of the Securities Exchange Act of 1934 and breaches of fiduciary duties (Dkt. No. 1);

WHEREAS, the Consolidated Derivative Action, and each of the Related Derivative Actions, are related to the securities class action pending before this Court captioned *In re PayPal Branded Checkout Securities Litigation*, No. 3:26-cv-01589-JSC (N.D. Cal.) (the "Securities Class Action");

WHEREAS, by Order dated August 18, 2026, in the Consolidated Derivative Action, this Court granted Plaintiffs' motion to appoint Rigrodsky Law, P.A. as lead counsel in the Consolidated Derivative Action and directed that "[w]ithin fourteen days of this Order, the Parties will submit either a proposed schedule or a stipulation to stay this action." (Dkt. No. 31);

WHEREAS, on June 4, 2026, the Court endorsed the Securities Class Action parties' proposed schedule with respect to the consolidated amended complaint and the motion to dismiss briefing (Securities Class Action, Dkt. No. 58 ("Order Approving Stipulated Schedule"));

WHEREAS, in the Securities Class Action, under the Order Approving Stipulated Schedule, the defendants' motion to dismiss the consolidated amended complaint is due on October 14, 2026, the plaintiffs' opposition brief is due on December 18, 2026, and the defendants' reply brief is due on February 1, 2027 (Securities Class Action, Dkt. No. 58);

WHEREAS, the Parties have met and conferred and agree that—based on the overlapping parties, related claims, and factual allegations contained in the Consolidated Derivative Action and the Securities Class Action, and in the interests of judicial economy and conserving the resources of the Parties and the Court—the Consolidated Derivative Action should be stayed pending the final resolution of the motion to dismiss in the Securities Class Action;

WHEREAS, the Parties have agreed that the stay of the Consolidated Derivative Action shall pause all proceedings and toll all deadlines in the Consolidated Derivative Action, and that during the pendency of the stay of the Consolidated Derivative Action, Defendants shall not be required to file a motion to dismiss, answer, or otherwise respond to any complaint or any amended complaint previously or subsequently filed in the Consolidated Derivative Action; and

WHEREAS, the Parties understand and agree that, by entering into this Stipulation, the Parties reserve all of their respective rights, claims, and defenses in the Consolidated Derivative Action, and no part of this Stipulation shall be construed as a waiver of any available rights, claims or defenses;

NOW THEREFORE, the Parties in the Consolidated Derivative Action have agreed, subject to the Court's approval, that:

1. All proceedings in the Consolidated Derivative Action shall immediately be stayed and all deadlines tolled pending the final resolution of the Securities Class Action defendants' motion to dismiss the consolidated amended complaint in the Securities Class Action (the "Motion to Dismiss"). For purposes of this joint stipulation, "final resolution" of the Motion to Dismiss shall mean a decision in the Securities Class Action by this Court (i) to deny, in whole or in part, the Motion to Dismiss, (ii) to grant in full the Motion to Dismiss, without prejudice, or (ii) to grant the Motion to Dismiss, with prejudice, and the exhaustion of all appeals related thereto. Within fourteen (14) days following the final resolution of the Securities Class Action, the Parties will meet and

confer and either seek a further extension of the stay, if appropriate, or submit a proposed scheduling order governing further proceedings or other proposed course of action for the Court's review and approval. All deadlines in the Consolidated Derivative Action shall remain tolled until a scheduling order (if any) is entered by the Court.

2. Notwithstanding the agreed-upon stay of the Consolidated Derivative Action, Plaintiffs may file an amended consolidated complaint during the pendency of the stay, but Defendants shall have no obligation to move, answer, plead, or otherwise respond to the complaint or any amended complaint during the stay.

3. By entering into this Stipulation, neither Plaintiffs nor Defendants limit or waive any rights or defense they may have in this action, including, without limitation, any substantive or procedural challenges to any complaints, or affirmative defenses raised in responsive pleading(s).

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: September 1, 2026

By: */s/ Alex J. Tramontano*

**RIGRODSKY LAW, P.A.**
Alex J. Tramontano (#276666)
Gina M. Serra (#361172)
1091 N. Palm Canyon Drive, Suite 9
Palm Spring, CA 92262
Telephone: (760) 406-5746
Facsimile: (302) 654-7530
Email: ajt@rl-legal.com
gms@rl-legal.com

*Lead Counsel for Plaintiffs*

Dated: September 1, 2026

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Noah A. Brumfield*

Noah A. Brumfield (SBN 203653)
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: (650) 838-3600
Email: noah.brumfield@aoshearman.com

*Counsel for Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, Diego Scotti, Joy Chik, Jonathan Christodoro, Carmine Di Sibio, David W. Dorman, Enrique Lores, Gail J. McGovern, Deborah M. Messemer, David M. Moffett, Ann M. Sarnoff, Frank D. Yeary, Deirdre Stanley, and Rodney Adkins, and Nominal Defendant PayPal Holdings, Inc.*

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 2, 2026

/s/ Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE